■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLTON COX, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Moskowitz, J.), rendered June 17, 1980, convicting him of rape in the first degree (two counts), sodomy in the first degree and robbery in the first degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Defendant's guilt was proved beyond a reasonable doubt. Complainant testified that she viewed defendant at close range for 35 minutes in good lighting conditions and that she was able to positively identify him in a lineup. The jury was not bound to accept the testimony of defendant and his alibi witnesses. We have considered defendant's other contentions and find them to be either unpreserved or without merit. Mollen, P. J., Thompson, Brown and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORRAINE DANIELS, Appellant.—Appeal by defendant from two judgments of the Supreme Court, Suffolk County (McInerney, J.), both rendered June 20, 1984, convicting her of criminal possession of a controlled substance in the third degree, and bail jumping in the first degree, upon her pleas of guilty, and imposing sentences.

Judgments affirmed.

Defendant failed to demonstrate the "showing of irrationality" needed to overturn the statutory sentencing scheme as unconstitutional in its application (see, People v Piccoli, 62 AD2d 1078), and also failed to demonstrate that the statute is facially unconstitutional (see, People v Broadie, 37 NY2d 100, cert denied 423 US 950). We further note that the sentence imposed following the conviction for criminal possession of a controlled substance in the third degree was less than that which was promised when that plea was entered. Mollen, P. J., Thompson, Brown and Lawrence, JJ., concur.